**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, NV  89148
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: rtanasi@tanasilaw.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RIKON AMYON WADE,<br>*also known as*<br>*Ricky Wade*<br><br>Defendant | 2:21-cr-00001-GMN-BNW-1<br><br>**STIPULATION AND ORDER**<br>**TO CONTINUE SENTENCING**<br>**HEARING (First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through KIMBERLY FRAYN and JESSICA OLIVA, Assistant United States Attorneys, RIKON AMYON WADE, by and through his attorney, Richard E. Tanasi, Esq., that the **Sentencing Hearing** in the above-captioned matter, now scheduled for **June, 16, 2021** at the hour of 12:00 p.m., be vacated and continued to the week of **June 28, 2021**; ideally **July 1, 2021** or **July 2, 2021**, if convenient for the Court.

Pursuant to General Order No. 2007-04, this Stipulation is entered into for the following reasons:

1. Both parties need more time to prepare for sentencing

2. Mr. Wade is in custody and does not object to this continuance.

3. The additional time requested herein is not sought for purposes of delay.

- 1-

TANASI LAW OFFICES
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89148
702-906-2411 • Fax 866-299-5274

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

**WHEREFORE,** the parties respectfully request that this Honorable Court accept the Stipulation and enter an Order as set forth below, continuing the sentencing hearing for date convenient to the Court, on the week of **June 28, 2021.**

DATED this 29th day of April, 2021.

| /s/ Richard E. Tanasi, Esq. | /s/ Kimberly Frayn |
|---|---|
| **Richard E. Tanasi, Esq.** | /s/ Jessica Oliva |
| Counsel for Mr. Wade | **UNITED STATES ATTORNEY OFFICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

TANASI LAW OFFICES
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89148
702-906-2411 • Fax 866-299-5274

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF NEVADA, | Case No: 2:21-cr-00001-01-GMN-BNW |
| Plaintiff, | |
| vs. | **ORDER ON STIPULATION** |
| RIKON AMYON WADE, *also known as* Ricky Wade | |
| Defendant. | |

This matter coming before the Court on Stipulation to Continue Sentencing Hearing, the Court having considered the matter, and good cause showing, the Court accepts the Stipulation.

**WHEREFORE, IT IS HEREBY ORDERED,** that the **Sentencing Hearing** in the above-captioned matter, now scheduled for **June, 16, 2021**, at the hour of 12:00 p.m., be vacated and continued to Thursday, July 1, 2021, at 10:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

_____
UNITED STATES DISTRICT JUDGE

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

# CERTIFICATE OF ELECTRONIC SERVICE

I HEREBY CERTIFY that I am an employee of Tanasi Law Offices, that on the 29th day of April 2021, the undersigned served a true and correct copy the foregoing **STIPULATION AND ORDER** by U.S. District Court CM/EMF Electronic Filing to:

Kimberly M. Frayn
Jessica Oliva
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, NV 89101
Kimberly.Frayn@usdoj.gov
Attorneys for the UNITED STATES

/s/ *Richard Tanasi*
An employee of TANASI LAW OFFICES