```
                                                              1
                   ─2:21-cr-00001-GMN-BNW─

                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA


    UNITED STATES OF AMERICA,    )
              Plaintiff,         )  Case No. 2:21-cr-00001-GMN-BNW
                                 )
         vs.                     )
                                 )          ORDER TEMPORARILY
    RICKON AMYON WADE,           )          UNSEALING NOTES
              Defendant.         )
```

On August 30, 2021, Samantha N. McNett, Transcriber, received a Transcript Order form requesting a transcript of the Motion Hearing held on February 19, 2021 from Alyssa D. Bell, Esq., in which a portion of the hearing was sealed.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Alyssa D. Bell.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this  15  day of  September , 2021.

_____
Brenda N. Weksler,
United States Magistrate Judge